IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:95CR3060 |
| v. | ) | |
| MICHAEL J. NICKOLITE, | ) | ORDER RESCHEDULING REVOCATION HEARING |
| Defendant. | ) | |

    IT IS ORDERED that the revocation hearing for the defendant is rescheduled to commence at 12:15 p.m. on January 10, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for said hearing.

    DATED this 21st day of November, 2005.

                                      BY THE COURT:

                                      s/ Warren K. Urbom
                                      Senior United States District Judge