IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                               ) | |
|              Plaintiff,                        ) | 4:95CR3060 |
|                                                               ) | |
|      v.                                             ) | |
|                                                               ) | |
| MICHAEL J. NICKOLITE,                ) | ORDER FOR TRANSPORTATION |
|                                                               ) | |
|              Defendant.                     ) | |
|                                                               ) | |

    The Bureau of Prisons having notified the United States Marshal's office that Michael Nickolite, the defendant, is to be released from imprisonment on April 11, 2006, and the understanding being that Mr. Nickolite needs transportation from his place of release to Lincoln, Nebraska,

    IT IS ORDERED that the United States Marshal is authorized to furnish to Michael Nickolite a bus ticket for transportation from CC Leavenworth to Lincoln, Nebraska, upon his release from incarceration.

    Dated April 10, 2006.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge